UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Cecilia BAZAN<br><br>        Defendant. | CASE NO. 08-669M-7<br><br>ORDER OF DETENTION |

*[Filed stamp: MAR 17 2008, CLERK U.S., CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

I

A.  (✓) On motion of the Government in a case allegedly involving:

    1.  ( ) a crime of violence.

    2.  ( ) an offense with maximum sentence of life imprisonment or death.

    3.  (✓) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( ) any felony - where defendant convicted of two or more prior offenses described above.

...

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. ( ) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

(✓) On the further allegation by the Government of:

1. (✓) a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

   a. ( ) obstruct or attempt to obstruct justice.

   b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A. ( ) The Court finds that no condition or combination of conditions will reasonably assure:

1. (✓) the appearance of the defendant as required.

(✓) and/or

2. (✓) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

///
///

|    |    |
|----|----|
| 1  | III |
| 2  | The Court has considered: |
| 3  | A.   the nature and circumstances of the offense(s) charged, |
| 4  | including whether the offense is a crime of violence, a Federal |
| 5  | crime of terrorism, or involves a minor victim or a controlled |
| 6  | substance, firearm, explosive, or destructive device; |
| 7  | B.   the weight of evidence against the defendant; |
| 8  | C.   the history and characteristics of the defendant; and |
| 9  | D.   the nature and seriousness of the danger to any person or the |
| 10 | community. |
| 11 |    |
| 12 | IV |
| 13 | The Court also has considered all the evidence adduced at the |
| 14 | hearing and the arguments and/or statements of counsel, and the |
| 15 | Pretrial Services Report/recommendation. |
| 16 |    |
| 17 | V |
| 18 | The Court bases the foregoing finding(s) on the following: |
| 19 | A.   (✓)  As to flight risk: |
| 20 | _Unknown resources for bail; unstable unknown stability_ |
| 21 | _as to residence or employment_ |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 | /// |
| 27 | /// |
| 28 | /// |

B.   (✓) As to danger:

Presumption

## VI

A.   ( )   The Court finds that a serious risk exists the defendant will:

    1.   ( )   obstruct or attempt to obstruct justice.

    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

## VII

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   ~~IT IS FURTHER ORDERED~~ that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

1  C. IT IS FURTHER ORDERED that the defendant be afforded
2  reasonable opportunity for private consultation with counsel.
3  D. IT IS FURTHER ORDERED that, on order of a Court of the United
4  States or on request of any attorney for the Government, the
5  person in charge of the corrections facility in which defendant
6  is confined deliver the defendant to a United States marshal for
7  the purpose of an appearance in connection with a court
8  proceeding.

10
11  DATED: 3/17/08
12  RALPH ZAREFSKY
    UNITED STATES MAGISTRATE JUDGE

14  S:\RZ\CRIM\Dtn Ord (Sept 06).wpd